*Page 1 of 2*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEVE WILSON,

    Plaintiff,

v.                                    CASE NO. 5:17-cv-221-MCR-GRJ

JUAN CARLOS BAYOLO, et al.,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this case by filing a Complaint, ECF No. 1. Because the Complaint exceeded the page limits set forth in Florida Northern District Local Rule 5.7(B), the Court ordered the Complaint stricken. ECF No. 3. In addition, Plaintiff failed to either pay the civil case filing fee or file a motion for leave to proceed as a pauper with supporting documentation. The Court ordered Plaintiff to file an amended complaint and either pay the civil rights filing fee or file a motion for leave to proceed as a pauper on or before September 16, 2017. The Court warned Plaintiff that failure to comply would result in a recommendation that this case be dismissed without further notice. *Id*.

As of this date, Plaintiff has neither complied nor sought an extension

of time to comply.  Accordingly, it is respectfully **RECOMMENDED** that this case should be **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court.

  **IN CHAMBERS** this 12th day of October 2017.

        *s/ Gary R. Jones*
        GARY R. JONES
        United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**